HARTMAN et al., Respondents, v. NET-SCHERT, Appellant.. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Samuel I. Hartman and another against Frank Netschert.

PER CURIAM. Motion to dismiss appeal from order denied, on condition that appellant perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs. See, also, 139 N. Y. Supp. 1126.

HARTMAN et al., Respondents, v. NET-SCHERT, Appellant. (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Samuel I. Hartman and another against Frank Netschert.

PER CURIAM. Motion to dismiss appeal from judgment denied, on condition that appellant perfect his appeal, place the cause on the next calendar, and be ready for argument when reached; otherwise, motion granted, with $10 costs.

In re HASBROUCK. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) In the matter of the judicial settlement of the accounts, etc., of Louis H. Hasbrouck, as executor, etc. No opinion. Motion denied, with $10 costs. See, also, 138 N. Y. Supp. 620.

HATCH, Respondent, v. WALKUP, BALDWIN & CO., Appellants. (Supreme Court, Appellate Division, First Department. January 24, 1913.) Action by Edward W. Hatch, trustee, against Walkup, Baldwin & Co. C. F. Birdseye, of New York City, for appellants. H. A. Rubino, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 138 ·N. Y. Supp. 1120.·

HAWKINS, Respondent. v. GESELLSCHAFT FUR DRAHTLOSE TELEGRAPHIE TELEFUNKEN, Appellant, (Supreme Court, Appellate Division, Second Department. January 28, 1913.) Action by Frederick Hawkins against the Gesellschaft fur Drahtlose Telegraphie Telefunken. No opinion. Motion to dismiss appeal denied. The appeal will be held on the calendar of this court until the expiration of ·the time in which the action may be remanded from the United States court.

HAYES, Appellant, v. ROCHESTER, S. & E. R. CO., Respondent. (Supreme Court, ·Appellate Division, Fourth Department. January 22, 1913.) Action by William J. Hayes against the Rochester, Syracuse & Eastern Railroad Company. No opinion. Appeal dismissed, without costs, upon stipulation filed.

HEILBRUNN v. GERMAN ALLIANCE INS. CO. OF NEW YORK. (Supreme Court, Appellate Division, First Department. January 31, 1913.) Action by Simon Heilbrunn against the German Alliance Insurance Company of New York. No opinion. Motion denied, with $10 costs. Order filed. See, also, 151 App. Div. 937, 135 N. Y. Supp. 1117.

In re HELDMAN'S ESTATE. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) In the matter of the Estate of George Heldman, deceased.

PER CURIAM. Motion granted, and order dismissing appeal and order of affirmance, both entered November 13, 1912, amended, so as to provide that the dismissal and affirmance, respectively, shall be without costs to either party, in accordance with the stipulation of the attorneys, dated July 9, 1912. See, also, 138 N. Y. Supp. 1120.

In re HEMLOCK ST. IN BOROUGH OF BROOKLYN, CITY OF NEW YORK. (Supreme Court, Appellate Division, Second Department. January 24, 1913.) In the matter of the application of the City of New York relative to acquiring title to Hemlock street, from Jamaica avenue to Atlantic avenue, in the Borough of Brooklyn, etc. No opinion. Motion granted, without costs.

In re HEYMANN. (Supreme Court, Appellate Division, First Department. January 24, 1913.) In the matter of Henry M. Heymann. No opinion. Reference ordered to official referee. Settle order on notice. See, also, 149 App. Div. 947, 134 N. Y. Supp. 1134.

HICKEY, Respondent, v. NEW YORK CENT. & H. R. R. Co., Appellant. (Supreme Court, Appellate Division, Fourth Department. January 8, 1913.) Action by Elizabeth A. Hickey, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial granted, with costs to appellant to abide event, upon the ground that the plaintiff did not prove that the injury which caused the death of her intestate was due to the negligence of the defendant. See, also, 148 App. Div. 895, 132 N. Y. Supp. 1132.

HIRSCH v. MAYER. (Supreme Court, Appellate Division, First Department. January 17, 1913.) Action by Elnora Hirsch against David Mayer. No opinion. Motion granted, with $10 costs. Order filed.·

HITCHINGS v. BARR et al. (Supreme Court, Appellate Division, Second Department. January 17, 1913.) (Actions 1 and 2.) Actions